IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3132 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE ALFREDO CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion (filing 210) for permission to restrict the defendant's objection to presentence investigation report (filing 211) is granted. The defendant's objection to presentence investigation report (filing 211) will be taken up at sentencing.

    Dated May 21, 2014.

                                                                               BY THE COURT:

                                                                               *Richard G. Kopf*
                                                                               Senior United States District Judge