IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE ALFREDO CRUZ,<br><br>　　　　　　　Defendant. | 4:09CR3132<br><br>**ORDER** |

　　　This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Count (Filing No. 222). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

　　　IT IS THEREFORE ORDERED as follows:

　　　1.　The United States' Motion to Dismiss Count II is hereby sustained.

　　　2.　Count II of the Indictment is hereby dismissed.

　　　August 20, 2014.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge