IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3132 |
| v. | ) | |
| JOSE ALFREDO CRUZ, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States and against Defendant providing that he shall take nothing and his post-conviction motions are dismissed with prejudice. No certificate of appealability has been or will be issued.

DATED this 1st day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge